IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TROY ASH,

Plaintiff,

v.

TROY REED,

Defendant.

Case No. 21-cv-1329 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/21/2024**         MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**    *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**